**FILED**

JAN 17 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MAYRA ISABEL BRUNO-PINTO,<br><br>  Petitioner,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General,<br><br>  Respondent. | No. 23-2487<br><br>Agency No. A240-244-166<br><br>ORDER |

Petitioner's unopposed motion (Docket Entry No. 11) for an extension of time to file the opening brief is granted in part.

The opening brief is due March 22, 2024. The answering brief is due May 21, 2024. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT