| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | MAR 20 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MAYRA ISABEL BRUNO-PINTO,

    Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

    Respondent.

No. 23-2487

Agency No. A240-244-166

ORDER

Petitioner's unopposed motion (Docket Entry No. 13) for an extension of time to file the opening brief is granted.

The opening brief is due April 19, 2024. The answering brief is due May 20, 2024. The optional reply brief is due within 21 days after service of the answering brief.

                                          FOR THE COURT:

                                          MOLLY C. DWYER<br>
                                          CLERK OF COURT