| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | APR 12 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| MAYRA ISABEL BRUNO-PINTO,<br><br>        Petitioner,<br><br> v.<br><br>MERRICK B. GARLAND, Attorney General,<br><br>        Respondent. | No. 23-2487<br><br>Agency No.    A240-244-166<br><br>**ORDER SETTING ASSESSMENT CONFERENCE**<br><br>**Date:** 5/15/2024<br>**Time:** 10:30 AM **Pacific Time**<br>**(DIAL-IN CONFERENCE)** |

This immigration petition has been referred to the Ninth Circuit Mediation Program. See Fed. R. App. P. 33 and Ninth Cir. R. 33-1.

The court has scheduled a dial-in telephone assessment conference with counsel on the date and time indicated above.

Each participant on the attached list will receive an email with dial-in information. If there are any changes or additions to the list, please notify the Mediation Office at mediation@ca9.uscourts.gov.

Also, please notify Circuit Mediator Roxane Ashe immediately by email ( Roxane_Ashe@ca9.uscourts.gov) if counsel has an unavoidable scheduling conflict. Please copy all counsel on any such communications.

All communications should include the Ninth Circuit case name and number in the subject line.

All discussions that take place in the context of the conference are confidential. See Cir. R. 33-1.

For more detailed information about the assessment conference, confidentiality, the Mediation Program and its procedures generally, please see the attachment to this order and the Mediation Program web site: www.ca9.uscourts.gov/mediation.

The briefing schedule previously set by the court is amended as follows: petitioner's opening brief is due June 17, 2024; respondent's answering brief is due July 17, 2024; petitioner's optional reply brief is due within 21 days from the service date of the answering brief.

    FOR THE COURT:

    By: Roxane Ashe
    Circuit Mediator

LIST OF CONFERENCE PARTICIPANTS

| | |
|---|---|
| MAYRA ISABEL BRUNO-PINTO<br>  A240-244-166,<br>  Petitioner | Evgenii Sverdlov<br>Direct: 415-986-1450<br>Email: gene@szimmigration.com<br>Law Offices of Gene Sverdlov<br>447 Sutter Street, Suite 813<br>San Francisco, CA 94108 |
| MERRICK B. GARLAND, ATTORNEY GENERAL<br>  Respondent | Ms. Michele Sarko<br>Email: michele.sarko@usdoj.gov<br>DOJ - U.S. Department of Justice<br>Civil Division/Office of Immigration Litigation<br>P.O. Box 878<br>Ben Franklin Station<br>Washington, DC 20044 |

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
CIRCUIT MEDIATION OFFICE

Website: www.ca9.uscourts.gov/mediation
Email: ca09_mediation@ca9.uscourts.gov
Phone: 415-355-7900

**SETTLEMENT ASSESSMENT CONFERENCES**
**ADDRESSING IMMIGRATION PETITIONS**
**IN THE NINTH CIRCUIT**

## Overview

- The court has adopted the selective use of mediation to help process its large number of immigration cases. The cases that most readily lend themselves to mediation are those counseled cases in which the mediator can help the parties negotiate a procedural resolution, most commonly a stipulated remand to the Board of Immigration Appeals ("BIA") for further proceedings.

- The most typical means by which an immigration petition is referred to mediation is by the request of counsel or an order by a panel of judges. Motions for remand may also be referred to the Mediation Program. Typically, an assessment conference is scheduled to provide counsel and the Circuit Mediator the opportunity to discuss the matter and explore alternative resolutions.

- The conference will be conducted by one of the eight Circuit Mediators to whom the matter has been randomly assigned, all of whom are court employees with extensive mediation experience in immigration matters. The Circuit Mediators are authorized to file orders on most unopposed procedural matters, including vacating or resetting the dates for record preparation and briefing and staying appellate proceedings.

- Only counsel for the parties to the petition should participate in the assessment conference.

- During the conference, counsel and the Circuit Mediator will discuss any relevant factual or legal background of the case, any related legal proceedings, and any other considerations that may affect the possibility that the matter may be resolved through alternative means.

**Confidentiality**

- All participants in the assessment conference are required to abide by the court's confidentiality rules. Settlement-related information disclosed to a Circuit Mediator will be kept confidential and will not be disclosed to the judges deciding the appeal. See Ninth Cir. R. 33-1. With limited exceptions, any communication made by the Circuit Mediator or any participant during the conference may not be used in any pending or future proceeding in this court or any other forum and may not be disclosed to anyone who is not a participant. Ninth Cir. R. 33-1.

**Likely Outcomes of The Assessment Conference**

- At conclusion of the assessment conference, counsel and the Circuit Mediator will decide together whether further settlement discussions would be fruitful. If the consensus is to move forward, the mediator and counsel will determine together the scope, process and timing of any further efforts at resolution. A typical process in an immigration matter would involve a series of telephonic conferences conducted by the Circuit Mediator to monitor the parties' efforts to resolve the matter.

- The parties may agree to defer briefing or to stay appellate proceedings for a period in order to focus on settlement efforts or to provide an opportunity for circumstances to develop that might make settlement more likely.

- At any point that the parties choose not to purse further settlement efforts, the Circuit Mediator will work with the parties to resolve any outstanding procedural issue and enter an order indicating that the case is not in the Mediation Program.

More information is available on the Mediation Circuit link on the Ninth Circuit website: www.ca9.uscourts.gov/mediation.